Raymond RAMIREZ, Petitioner—Appellant,

v.

Cal TERHUNE, Director of California Department of Corrections; et al., Respondents—Appellees.

No. 01–55624.

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.*

Decided May 13, 2005.

Raymond Ramirez, Blyth, CA, pro se.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Scott T. Johnson, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, Susan E. Miller, Esq., CAAG Office of the Attorney General of California, San Diego, CA, for Respondents–Appellees.

Before: PREGERSON, CANBY and THOMAS, Circuit Judges.

## MEMORANDUM **

Raymond Ramirez appeals the district court's judgment denying his 28 U.S.C. § 2254 habeas petition, which challenged his sentence under California's three-strikes law for possession of methamphetamine. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we vacate and remand.

This court granted a Certificate of Appealability on the issue of whether Ramirez's 25–years–to–life sentence for possession of 0.29 grams of methamphetamine constitutes cruel and unusual punishment under the Eighth Amendment. We vacate the district court's judgment and remand to the district court for consideration of Ramirez's Eighth Amendment claim under *Reyes v. Brown*, 399 F.3d 964 (9th Cir. 2005).

VACATED and REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).